IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STELLAR J CORPORATION, a<br>Texas corporation, | 09-CV-353-JE |
| Plaintiff, | ORDER |
| v. | |
| SMITH & LOVELESS, INC., a<br>Kansas corporation, | |
| Defendant. | |

_____

CITY OF RAINIER, for the use and
benefit of SMITH & LOVELESS, INC.,
and SMITH & LOVELESS, INC., a
Kansas corporation,

        Counterclaimants,

v.

STELLAR J CORPORATION, a
Texas corporation, and
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
an insurance company,

        Counterdefendants.

1 - ORDER

**ALBERT F. SCHLOTFELDT**
Duggan Schlotfeldt & Welch
900 Washington Street
Suite 1020
P.O. Box 570
Vancouver, WA 98666-0570
(360) 699-1201

>     Attorneys for Plaintiff Stellar J Corporation and
>     Counterdefendants Stellar J Corporation and
>     Travelers Casualty and Surety Company of America

**GUY A. RANDLES**
**SEAN C. GAY**
Stoel Rives LLP
900 S.W. Fifth Avenue
Suite 2600
Portland, OR 97204
(503) 294-9288

**DAN C. SANDERS**
Monaco Sanders Gotfredson Racine & Barber, L.C.
1001 E. 101st Terrace, Suite 170
Kansas City, MO 64131
(816) 523-2400 ext.2

>     Attorneys for Defendant/Counterclaimant Smith &
>     Loveless, Inc.

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#48) on May 11, 2010, in which he recommends the Court grant the Motion (#21) for Partial Summary Judgment of Stellar J Corporation and Travelers Casualty and Surety Company of America. Smith & Loveless, Inc., filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

In its Objections, Smith & Loveless reiterates the arguments contained in its Response to the Motion for Partial Summary Judgment of Stellar J Corporation.  The Magistrate Judge thoroughly addressed Smith and Loveless's arguments in his Findings and Recommendation.  This Court also has carefully considered Smith and Loveless's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#48) and, accordingly, **GRANTS** the Motion (#21) for Partial Summary Judgment of Stellar J Corporation and

1 - ORDER

Travelers Casualty and Surety Company of America.

    IT IS SO ORDERED.

    DATED this 5th day of August, 2010.


                                  /s/ Anna J. Brown

                                  _____
                                  ANNA J. BROWN
                                  United States District Judge